**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JESSICA CURRY, et al.,** | : | Civil Action No. 4:11-CV-00378 |
| **Plaintiffs** | : | |
| | : | (Chief Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Methvin) |
| | : | |
| **WILILAM V. MARVIN, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

**NOW**, on this 22nd day of August 2011, upon consideration of Magistrate Judge William Methvin's well-reasoned report and recommendation (Doc. No. 15), to which no objections have been filed, **IT IS HEREBY ORDERED THAT** the report and recommendation is **ADOPTED**. Defendants Gilco Trucking, Inc., and William V. Marvin's motion to dismiss (Doc. No. 6) is **DENIED**.

       S/ Yvette Kane
       Yvette Kane, Chief Judge
       United States District Court
       Middle District of Pennsylvania